1  RICHARD SEGERBLOM, ESQ.
   Nevada Bar No. 1010
2  700 South Third Street
   Las Vegas, Nevada 89101
3  Tel: (702) 388-9600
   Fax: (702) 385-2909
4
   Attorney for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

PAULA SCHNORR                )
                             )
       Plaintiff,            )
                             )
vs.                          )   Case No. 2:10-cv-01553
                             )
PHILIPS HEALTHCARE           )
                             )
       Defendant.            )
                             )
                             )
_____)

### STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULE 26-1(e)

The above-named parties, by and through their respective counsel of record, hereby submit their stipulated discovery plan and scheduling order pursuant to Local Rule 26-1(e) for the Court's approval.

### PROPOSED SCHEDULE

1. **Estimate of time required for discovery:** Discovery will take 180 days from October 26, 2010, which is the date the Defendant answered or otherwise made an appearance in this case. All discovery must be completed not later than April 24, 2011.

2. **Amendment of pleadings and addition of parties:** Unless otherwise stated herein or ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and

not later than January 24, 2011.

3. **Disclosure of Expert Witnesses:** In accordance with Fed. R. Civ. P. 26(a)(2), disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date and not later than February 23, 2011, and disclosures respecting rebuttal experts shall be made thirty (30) days after the disclosure of experts and not later than March 24, 2011.

4. **Interim Status Report:** On or before February 23, 2011, sixty (60) days prior to the close of discovery, the parties shall file an Interim Status Report, as required by LR 26-3, stating the time estimated for trial, three alternative dates for trial, and whether or not trial will be proceeding or affected by substantive motions.

5. **Dispositive Motions:** The parties shall have until May 24, 2011, to file dispositive motions. This is thirty (30) days after the close of discovery.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed by June 22, 2011, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

7. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with LR 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty (20) days before the discovery cut-off date, or no later than April 4, 2011.

DATED this 24th day of November, 2010.

Richard Segerblom, Ltd.

_____
Richard Segerblom, ESQ.
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant

McGuire Woods, LLP

_____
Michael R. Phillips, Esq.
77 W. Wacker Drive
Chicago, IL 60601-1818
Attorney for Defendants

IT IS SO ORDERED this 30th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge

2