IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SCHNORR,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIPS HEALTHCARE INFORMATICS, INC.,<br><br>    Defendant. | Case # 2:10-cv-01553 |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Counsel for Plaintiff, Paula Schnorr, and counsel for Defendant, Philips Electronics North America Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate as follows:

That this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED, this 5th day of July, 2011.

Respectfully submitted,                                              Respectfully submitted,

PAULA SCHNORR                                                  PHILIPS ELECTRONICS NORTH
                                                                              AMERICA CORPORATION


By: /s/ Richard Segerblom (with consent)        By: /s/ Michael R. Phillips
      One of Her Attorneys                                        One of Its Attorneys

Richard Segerblom
rsegerblom@lvcoxmail.com
700 South Third Street
Las Vegas, Nevada 89101
(T): (702) 388-9600
(F): (702) 385-2909

Joel H. Spitz (admitted *pro hac vice*)
jspitz@mcguirewoods.com
Michael R. Phillips (admitted *pro hac vice*)
mphillips@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr., Ste. 4100
Chicago, Illinois 60601
T: (312) 849-8100
F: (312) 849-3690

\32165728.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 5th day of July 2011, I electronically filed the foregoing *Joint Stipulation to Dismiss with Prejudice* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richard Segerblom: rsegerblom@lvcoxmail.com , tsegerblom@gmail.com

Mark B Schellerup: receptionlv@robinsonwood.com

/s/ Michael R. Phillips_____
Michael R. Phillips


IT IS ~~SO~~ ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2011.

\32165728.1